[No. 25472. Department One. January 5, 1935.]

THE STATE OF WASHINGTON, *on the Relation of Robert M. Burgunder, as Prosecuting Attorney for King County, Plaintiff,* v. THE SUPERIOR COURT FOR KING COUNTY, ROGER J. MEAKIM, JUDGE, *Respondent.*[1]

*Robert M. Burgunder* and *Frank Harrington,* for relator.
*Evans & McLaren* and *Tracy Griffin,* for respondent.

PER CURIAM.—This case is in all its essentials the same as the case of *State ex rel. Burgunder v. Superior Court, ante* p. 311, 39 P. (2d) 983, save and except that there is here involved a conviction on the charge of grand larceny on September 28, 1934, the interposition of a motion for a new trial which was not denied until October 27, 1934, at which time sentence was deferred until December 27, 1934, and the defendant was released on his personal recognizance.

Ninety days not having elapsed since the case was submitted and a manifest abuse of discretion not being apparent, the writ will be denied.